**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


| COMMONWEALTH OF PENNSYLVANIA, | : | No. 60 EAL 2016 |
|---|---|---|
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| LAMAR J.J. RICHARDS, | : | |
| | : | |
| Respondent | : | |


**<u>ORDER</u>**


**PER CURIAM**

    **AND NOW**, this 2nd day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justices Donohue and Mundy did not participate in the consideration or decision of this matter.